425 A.2d 744

Clark E. RISSMILLER, Jr., and Helen F. Rissmiller, Appellants,

v.

Thomas J. LLEWELYN and Susanne R. Llewelyn and John A. Turtzo, Real Estate Agent, Individually and doing business as John A. Turtzo, Realtors.

Supreme Court of Pennsylvania.

Argued Jan. 26, 1981.

Decided Feb. 27, 1981.

Mark S. Sigmon, Bethlehem, for appellant.

Lawrence B. Fox, Bethlehem, for John A. Turtzo.

Gregg E. Mayrosh, Bethlehem, for the Llewelyns.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

OPINION OF THE COURT

PER CURIAM:

The appeal is dismissed as being improvidently granted.